## COMMONWEALTH of Pennsylvania, Respondent,

v.

## Norman WALKER, Petitioner.

Supreme Court of Pennsylvania.

Aug. 29, 2001.

### *ORDER*

PER CURIAM:

AND NOW, this 29th day of August, 2001, the Petition for Allowance of Appeal is hereby GRANTED, LIMITED to the issue of whether the Superior Court's analysis was in accord with the standard enun-

ciated in *Commonwealth v. Torres*, 564 Pa. 219, 766 A.2d 342 (2001), the Order of the Superior Court is VACATED, and the matter is REMANDED for reconsideration in light of the *Torres* decision.